# UNITED STATES DISTRICT COURT
для the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>A DNA swab from the person of Wayde Garrett Thyfault. | )<br>)  Case No. 24-sw-1296-MEH<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the <u>State and</u> District of <u>Colorado</u>, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 113(a)(6) | Assault Resulting in Serious Bodily Injury |

The application is based on these facts:

- ☒ Continued on the attached affidavit, which is incorporated by reference.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*s/Ross Mitchell*
*Applicant's signature*

<u>Ross Mitchell, U.S. Park Ranger</u>
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by <u>telephone</u>.

Date: 09/20/2024

*/s/ Michael E. Hegarty*
*Judge's signature*

Michael E. Hegarty
Chief United States Magistrate Judge
*Printed name and title*

City and state: Denver, CO

## Attachment A

### Location to Be Searched

A DNA swab obtained from the person of Wayde Garrett Thyfault.

## Attachment B

## Particular Things to be Seized

Buccal swabs, also known as saliva swabs, from the person identified in Attachment A to obtain DNA for a comparison with evidence collected in this investigation.

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Ross Mitchell, U.S. Park Ranger with Rocky Mountain National Park, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge, and belief.

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for the locations to be searched described in the following paragraphs and further described in Attachment A, and the things to be seized described in Attachment B.

  - **A DNA swab from the defendant's person**. Dried blood was located on an airbag found in the white Dodge 1500 pickup bearing VIN 1C6RR7GT3FS645185, that was involved in the crash. I request DNA to be collected from Wayde THYFAULT to cross-reference blood found in THYFAULT's vehicle on September 8th of 2024.

2. I am a United States Park Ranger with the National Park Service stationed at Rocky Mountain National Park and have been since December 19th, 2021. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. My primary duties include detecting, investigating, apprehending, and prosecuting criminal activity on National Park Service lands. As part of my job duties, I have sought cellular forensic data and analyzed cellular information.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 USC 113(a)(6) Assault Resulting in Serious Bodily Injury have been

1

committed by WAYDE THYFAULT. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, or fruits of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5.  Pursuant to 18 U.S.C. 7(3), Rocky Mountain National Park is land reserved and acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof.

6.  On September 8th, 2024, at around 16:00 hours Rocky Mountain National Park dispatch was notified of a white Dodge Ram truck that drove through the Grand Lake Entrance of Rocky Mountain National Park without stopping. When the driver was passing the entrance they threw a necklace out the window striking the entrance booth. The vehicle drove east along Highway 34 further into Rocky Mountain National Park.

7.  Ranger Diana Zylstra located the vehicle traveling east along Highway 34 near the Medicine Bow area. Ranger Zylstra followed the vehicle to observe driving behavior until the planned stop area near Deer Junction. Around the Ute Crossing area Ranger Zylstra observed the vehicle appear to attempt to pass on a double yellow before aggressively swerving back into the original lane of travel. Shortly after Ranger Zylstra witnessed the vehicle accelerate at a high rate of speed and pass several cars in a no passing zone. Ranger Zylstra activated her lights and sirens on her marked law enforcement patrol vehicle and was able to catch up to the vehicle due to slower moving traffic in front of the suspect's vehicle. The vehicle failed to yield to Ranger Zylstra's emergency lights and sirens and continued eastbound. Ranger Zylstra continued to follow the vehicle which intermittently passed other vehicles recklessly and at varying speeds. Ranger Zylstra observed the vehicle pass the Deer Ridge Junction area and fail

to yield to other emergency lights and sirens. Shortly after the Deer ridge Junction area Ranger Zylstra observed the vehicle accelerate again to a high rate of speed and almost lose control in a turn.

8.  I, Ranger Ross Mitchell was waiting at the junction of Highway 36 and Highway 34. The white Dodge truck passed me at this location. I saw the driver, later identified as WAYDE GARRETT THYFAULT in the driver's seat. I saw no other occupants in the vehicle. THYFAULT headed east on Highway 36 towards the town of Estes Park. I followed THYFAULT and Ranger Zylstra east on Highway 36.

9.  An Estes Park Police Department officer placed a set of "stop sticks" at the junction of Bear Lake Road and Highway 36. Stop sticks are devices intended to deflate tire and thus disable fleeing vehicles. THYFAULT's vehicle struck the stop sticks and continued east on Highway 36. Based on law enforcement officers' observations it is believed only the left front tire of THYFAULTS vehicle was deflated. THYFAULT continued driving the vehicle at a high rate of speed after striking the stop sticks for approximately another two miles along the road.

10.  Near the junction of Mills Drive and Highway 36 a silver Toyota Corolla pulled off onto the west bound shoulder of Highway 36. THYFAULT's vehicle collided with the front driver's side of the silver Toyota Corolla, pushing the vehicle into a tree. Passengers of the silver Toyota Corolla stated THYFAULT intentionally swerved toward the Corolla. Our belief is THYFAULT either lost control of his vehicle or purposefully struck the Corolla. Both vehicles sustained disabling damage.

11.  Three victims were located in the silver Corolla. Two of the victims were able to exit the vehicle under their own power. The third had to be extricated from the driver's seat by Estes Valley Fire Protection District.

12. Victims 1 and 2 were transported to Estes Park Health. Victim 1 was subsequently flown to Medical Center of the Rockies and placed into the intensive care unit. Victim 1 suffered a stroke after a clot formed due to whiplash.

13. Victims 2 and 3 were held at Estes Park Health. Victim 2 was in the passenger seat and had muscular pain and nausea. Victim 3 who was extricated from the driver's seat had a severe concussion.

14. THYFAULT fled from the scene on foot, exiting the vehicle and heading north. THYFAULT was wearing a pair of blue jeans, no shirt, and no shoes. He was seen crossing High Drive Road into a neighborhood within Larimer County property. Witnesses in the neighborhood stated seeing an individual matching THYFAULT's description attempting to open their car door. When he was unsuccessful, he fled east on foot.

15. National Park Service Rangers, Officers from Estes Park Police Department, and Sheriff's Deputies from Larimer County began a grid search of the area. They were unable to locate the individual on the night of September 8th, 2024.

16. On the morning of September 9th, 2024, the owner of a property on High Drive, Estes Park Colorado 80517, arrived home and saw damage to his property. He called 911 to report the damage. Estes Park Police Officers arrived on scene and located THYFAULT in the residence and arrested him.

17. Officers found THYFAULT's Colorado driver's license. Officer's also observed drug paraphernalia consistent with smoking methamphetamine in the vehicle.

18. When THYFAULT was arrested I observed and recognized him as the person I observed driving the vehicle during the chase.

19.     THYFAULT has a history of eluding police. On August 25th, 2024, THYFAULT fled from Hudson Police Department Officers who were staged on a county road initially looking for a blue Ford pickup possibly involved in a homicide that night. A Hudson officer stated they saw a pickup traveling at a high rate of speed but could not determine the color due to it being late with little lighting. Hudson officers attempted to initiate a vehicle stop however the vehicle failed to yield and instead blacked out its lights. Lochbuie PD assisted with stop sticks and eventually the white Ram became disabled. The driver later identified as Wayde Thyfault was found hiding in a ditch nearby.

20.     There is also evidence that THYFAULT may have committed the crime with the intent to end his own life. Members of THYFAULT's family informed law enforcement that THYFAULT had made suicidal ideations at a family event in June, 2024. They also stated that THYFAULT went to his sister's house dressed nicely the day before the charged incident. He told those at his sister's house that he loved them in a way that seemed outside of normal behavior.

21.     THYFAULT's brother died in 2020. Members of his family stated that after his brother's death, THYFAULT began experiencing mental health problems, became depressed, and began using illegal substances.

22.     A memorial pamphlet from his brother's funeral was located in the back passenger seat of the vehicle THYFAULT was driving at the time of the crash. A small urn that law enforcement has reason to believe contains his brother's ashes was also located in the dashboard of the vehicle.

23.     THYFAULT's family members also stated that he has had several close friends die from suicide recently. In his vehicle, officers located a social security card belonging to a person who had died of suicide several weeks before.

24.     This evidence suggests that THYFAULT may have initiated the high speed chase, engaged in reckless and dangerous driving behavior, and ultimately either recklessly or intentionally collided with the victim's car with an intent to harm or kill himself.

25.     Accordingly, the high rates of speed and driving behavior THYFAULT exhibited throughout the chase, his disregard of the stop sticks and the damage done to his vehicle, the fact that he had recently eluded officers and had his vehicle disabled by stop sticks, and the fact that he either lost control of his vehicle on a straight stretch of road or intentionally struck the victims' car are evidence of his reckless or intentional mental state in causing the accident that resulted in serious bodily injury to the victims.

\\



\\



\\

26. I reviewed a map of Rocky Mountain National Park, all incidents from THYFAULT's initial entry into the park, the chase and his eluding, the "*stop sticks*", and the accident occurred within the special federal territorial jurisdiction of Rocky Mountain National Park.

Respectfully submitted,

*s/ Ross Mitchell*
Park Ranger
National Park Service

Submitted, attested to, and acknowledged by reliable electronic means on September 20, 2024.

*Michael E. Hegarty*
HON. MICHAEL E. HEGARTY
CHIEF UNITED STATES MAGISTRATE JUDGE

**The application for search warrant was reviewed and is submitted by Garreth Winstead, Assistant United States Attorney.**